ROTHENBERG, J.
 

 Domingo Mercado (“Mercado”) appeals the trial court’s order denying his motion to correct illegal sentences imposed in the eight cases listed above. The gravamen of Mercado’s complaint is the Prison Releas-ee Reoffender adjudications and resulting mandatory sentences imposed on each count of burglary of an unoccupied dwelling. Although Mercado correctly notes that the Florida Supreme Court in
 
 State v. Huggins,
 
 802 So.2d 276 (Fla.2001), held that the Prison Releasee Reoffender statute did not apply to burglary of an unoccupied dwelling, his reliance on
 
 Huggins
 
 is misplaced as the Legislature amended the statute, effective July 1, 2001, to include burglary of an unoccupied dwelling as a qualifying offense under the statute. As Mercado’s crimes were all committed after July 1, 2001, the trial court correctly denied Mercado’s motion.
 

 Affirmed.